**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7068**

---

MELVIN BASS,

                    Petitioner - Appellant,

     versus

DAN L. DOVE,

                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-98-38-5H)

---

Submitted: April 29, 1999           Decided: May 4, 1999

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Melvin Bass, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Bass seeks to appeal the district court's orders deny-
ing relief on his petition filed under 28 U.S.C.A. § 2254 (West
1994 & Supp. 1998) and denying his motion for reconsideration. We
have reviewed the record and the district court's opinion and find
no reversible error. Accordingly, we deny a certificate of appeal-
ability and dismiss the appeal on the reasoning of the district
court. See Bass v. Dove, No. CA-98-38-5H (E.D.N.C. June 2 & June
30, 1998). We dispense with oral argument because the facts and
legal contentions are adequately presented in the materials before
the court and argument would not aid the decisional process.

DISMISSED

2